THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. LAUTNER, Appellant. [3 NYS3d 691]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered March 6, 2013. The judgment convicted defendant, upon his plea of guilty, of aggravated driving while intoxicated, driving while intoxicated, and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.